UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

DEREK GEORGE ORBAN,

        Plaintiff,        Civil Action No. 15-11739
                                 Honorable Mark A. Goldsmith
v.                             Magistrate Judge Elizabeth A. Stafford

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT [R. 13]**

On September 10, 2015, plaintiff Derek George Orban filed a motion for summary judgment [R. 13] that fails to comply with the Court's Scheduling Order dated August 11, 2015 [R. 12].  Specifically, Orban failed to comply with the following requirement:

> Motions or briefs shall cite to the administrative record using the following format: docket number-docket subpart, transcript page number.  So, for example, if a party is citing to a portion of the ALJ's decision, the citation would look something like: [R. 13-2, Tr. 29].  Motions and briefs that do not use this format will be stricken and must be corrected before refiling.

[Scheduling Order, R. 12].

Orban's motion for summary judgment [R. 13] is **STRICKEN**.  He must file an updated motion that complies with the Scheduling Order and

uses the citation format illustrated above by **September 17, 2015**.

Defendant's motion for summary judgment is now due **October 20, 2015**, and Orban's reply is due **October 30, 2015**.

    **IT IS ORDERED**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: September 10, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 10, 2015.

s/Marlena Williams<br>
MARLENA WILLIAMS<br>
Case Manager